

RECEIVED EAA
JUL 06 2015
7-6-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

John G. Behof

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 15c 5950
Judge Virginia M. Kendall
Magistrate Judge Susan E. Cox
PC2
(To be supplied by the Clerk of this Court)

Tom Dart - Sherriff

Dr. Manella - Dir. of Cermak Health Services

Dr. John Doe of Div. 11 - Cermak Health Services

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: John G. Behof

B. List all aliases: ______

C. Prisoner identification number: S02072

D. Place of present confinement: Cook County JAil

E. Address: P.O.Box 089002 Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Tom Dart

Title: Sherriff

Place of Employment: Cook County JAil

B. Defendant: Dr. MAnella

Title: Director/Superintendant of Cermak Health Services

Place of Employment: Cook County JAil

C. Defendant: Dr. John Doe

Title: Doctor for Div. 11

Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In December 2012, I had my first back surgery. They removed an in-grown abscess on my spinal colomn. I was hospitalized for (2) two or (3) three months. I was sent home and had to return within a months time because the infection returned. I was released without a back brace on both surgeries. Upon my release, I was prescribed anti-biotic pills for the infection. The medication didn't work and I was instructed by hospital staff not to return because the infection spread to my chest and I was told my insurance was no longer taken by the hospitial. I went to John Strager Hopitial and infection was removed. They gave me a back-brace, pain medication and more anti-biotics. I was then arrested on July 4, 2014. I went through pre-screening upon my arrival. I told them that my back was broken and they gave me a lower bunk permit and IB Prophen 600. I was put into Division 6; where there was very little medical care for (14) fourteen days. I kept submitting medical slip/request because my back was ~~[illegible]~~ hurting, because I had not seen a doctor. I

notified doctors AND Nurses from Cermak HEAlth SERvices about my back injury. They gave me some more IB Prophen 800, then I WAS SENT to Division 8-RTU 3H for about a month, with very little medical treatment. I WAS then moved to Division 11, where they had very little medical treatment. I was bitten by a spider And was sent back to Cermak 3 North for a week of IV treatment. I was sent back to Division 11 C wing. I had a double mattress And after a "Shake-down" they removed extra mattress. I WAS told to get permit from doctors. I put in request with doctors but they kept refusing my request. Went to Physical therapy, And therapist put in notes that back was broken in bad spaces And the need for extra mattress AND more pain medication was needed. I proceeded to put in medical request slips but they (Cermak) refused to acknowledge my requests. I was sent to the dispensery for my requests And was told "I was putting in too many requests". Upon inspection of my back, he found a large bump on my spine. I was sent to Cermak, where they inserted a needle into bump AND I was sent to John Stroger's Hospital. They found another absess AND I had another surgery on my spine. After surgery, I WAS sent back to Cermak 3 West

for treatment. I was given dressing changes for the leakage in the stitches. I was put on the same anti-biatics And pain medication. Abruptly, I was taken off my dressing changes (even though, I was still) leaking from wound). I was moved to RTU-3H without giving me dressing changes. Some of the staff of nurses would change my dressings but many would not. At this point, I was begging for help but to no avail, I was taken back to John Stroger's Hospital. My surgeon looked at my back And admitted me back into the hospital. I explained that I wasn't recieving regular dressing changes. My stitches had to be removed because they were opening back up And not closing the wound. I stayed in the hospital for another month. I was sent back to RTU-3B for a week And went back to John Stroger's for a checkup. Complained about back pains And was kept for 7 days. Upon my return to RTU-3C, now I Am having problems recieving my pain medication on time. I am also having problems getting my anti-biatics because I was taken off them without a consultation with a doctor.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Am requesting the court to rule in favor for Compensatory damages, punitive damages, AWARDING of reasonable attorney fees, cost AND litigation expenses. Such other relief AS the court may deem just or equitable along with pain AND suffering damages.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 21 day of June, 20 15

John Behof
(Signature of plaintiff or plaintiffs)

John Behof
(Print name)

2014 0705 179
(I.D. Number)

P.O. Box 089002
Chicago, IL 60608

(Address)

## ORDER SHEET

Order Entry D/T: 12/25/14 14:02

Orders Entered By: MYART RN, CASSANDRA
Ordering Dr: DE FUNIAK MD, ANDREW Q

C **Medical Equipment**
12/23/14 11:45:00, Air Mattress, 1, 12, WEEK, 12/23/14 11:45:00

C **Nursing Orderable (generic)**
12/23/14 11:45:00, Routine, PLEASE ORDER AIR MATTRESS FOR PATIENT, 12/23/14 11:45:00

Pt. Name: BEHOF, JOHN G
D.O.B./Sex: 07/04/1979 M
Med Rec #: 484096
Physician:
Financial #: 20140705179
Pt. Type: V
Room/Bed: D1 /10
Admit/Disch: 07/05/2014 CDT
– 00/00/00

Order Sheet

Cerner Medical Center
2800 Rockcreek Parkway
Kansas City, MO 64117
Print ID: WATTS RN, JANET
Print Date/Time: 02/06/15 19:23 CST




**COOK COUNTY SHERIFF'S OFFICE** 0484096

*(Oficina del Alguacil del Condado de Cook)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM

*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

CONTROL #: 2015 x 2841

### INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Beha | John | 20141705179 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE

(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 190 Medical Prescription

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable): Previously filed as a Request. Inmate was satisfied with the response given

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak

DATE REFERRED: 6 / 3 / 15

RESPONSE BY PERSONNEL HANDLING REFERRAL: Medication in question is ordered PRN not scheduled. You must ask for it to receive it. Record indications are [illegible] [illegible] [illegible] you have been requesting [illegible] receiving routinely.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| [illegible] | [illegible] RN | | 6 / 10 / 15 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):

☐ GRIEVANCE SUBJECT CODE: ____________

☐ NON-GRIEVANCE SUBJECT CODE: ____________

INMATE SIGNATURE *(Firma del Preso)*: John Behe

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 6 / 17 / 15

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

*** To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

** Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido)*: ____ / ____ / ____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Sí)* ☐ No ☐

*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*:

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| | | / / |

INMATE SIGNATURE *(Firma del Preso)*:

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion)*: ____ / ____ / ____

1 of 4

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

| GRIEVANCE FORM PROCESSED AS: | REFERRED TO: |
|---|---|
| ☐ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☒ GRIEVANCE | ☐ SUPERINTENDENT: ________ |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: ________ |
| Program Services Supervisor Approving Non-Grievance (Request) Signature | |

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Behot | John | 20140705179 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 8 | 3H | 1 / 1 / 15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

** Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
** Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.*
** Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)*

On the above date, at approximately 5:30 pm I told the nurse on the tier that I was in pain & that my pain medicine was due. I also informed her that I also needed my wound dressing changed which was past due. The nurse told me she was busy & left the tier without even taking down my name, nor did she mention when she would return. She returned at 9:30 pm to give me my pain medication and flat out refused me my wound dressing change telling me "That's not my job." She refused to give her name.

**ACTION THAT YOU ARE REQUESTING** *(Acción que esta solicitando)*:

For the name of the nurse to be established on the above date & tier, that she be reprimanded for her negligence & assigned to another tier as compensation

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información)*: | INMATE SIGNATURE *(Firma del Preso)*: |
|---|---|
| Maurice Whatley 20140312214 | John Behot |

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW / PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| Daniel | Daniel | 1 / 4 / 15 |
| **SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | ___ / ___ / ___ |

FCN-47 (Rev. 09/14) WHITE COPY - PROGRAM SERVICES YELLOW COPY - CRW / PLATOON COUNSELOR PINK COPY - INMATE

1 of 2

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

*GRIEVANCE FORM PROCESSED AS:*

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

*REFERRED TO:*

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: ____________
☐ OTHER: ____________

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| Behof | John | 2014 0705 179 |
| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
| 8 (RTU) | 3-C | 06 / 06 / 15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

** Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
** Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.*
** Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)*

I have not received my Bactrin D.S. since 5/30/15. I have asked several nurses, filled out four (4) Med. Forms, and still have not received the Bactrin. An unknown medical staff member took me off of them without seeing me and/or consulting with me about my physical health/condition and well being. My surgeon and Infection Control Personnel who drew my blood stated to me that I would be prescribed and/or need anti-biotics for "AT LEAST TWO (2) YEARS MINIMUM possibly more." I've specifically told the nurses and wrote that repeatedly on the proper forms and no medical personnel have responded in any way verbally or given me any Bactrin D.S. I am required to take them twice a day/every 12 hours.

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando):*
I would like the name of the doctor that took me off of the Bactrin D.S., as well as the name of who reviewed the (4) Medical/Health Service Request Forms and labeled ~~(labeled)~~ them as unimportant. Thank you very much.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información):*

INMATE SIGNATURE *(Firma del Preso):* John Behof

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW / PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| [signature] | [signature] | 6 / 7 / 15 |
| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | / / |

2 of 2

**COOK COUNTY SHERIFF'S OFFICE** 04840966
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE ☒ NON-GRIEVANCE (REQUEST)

# INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

CONTROL #: N/A

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Benot | John | 20140705179 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
Code 190 - Medical Prescription

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak

DATE REFERRED: 6 / 7 / 15

RESPONSE BY PERSONNEL HANDLING REFERRAL:
Medication discontinued no order. PCC with f/u.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| [illegible] | [illegible] | PCS | 6 / 11 / 15 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: ______
☐ NON-GRIEVANCE SUBJECT CODE: ______

INMATE SIGNATURE *(Firma del Preso)*: John Benot

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 6 / 17 / 15

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

*** To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

** Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido)*: ____ / ____ / ____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Sí)* ☐ No ☐
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decisión o recomendacion por parte del administrador o / su designado(a))*:

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| | | / / |

| INMATE SIGNATURE *(Firma del Preso)*: | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion)*: |
|---|---|
| | / / |

FCN-48 (Rev. 09/14) WHITE COPY - PROGRAM SERVICES YELLOW COPY - CRW / PLATOON COUNSELOR PINK COPY - INMATE



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

1 of 4

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**!This section is to be completed by Program Services Staff - ONLY!** (! Para ser llenado solo por el personal de Program Services !)

GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

Program Services Supervisor Approving Non-Grievance (Request) Signature

REFERRED TO:

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: ____
☐ OTHER: ____

**INMATE INFORMATION** (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| Belof | John | 20140705179 |
| DIVISION (División): 8 - RTY | LIVING UNIT (Unidad): 3 - C | DATE (Fecha): 5 / 19 / 15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)

The nurse Robert refused to give me my pain meds I am able to recive them ever 8 hr. I took them the night befor Well Befor 9:00 It is Now 9:06 in the morning. That is well after 12 hr. If the Guy Don't know how to pass out medication he should not be Doing it.

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitando):

That it should go on the record and he should not pass out meds over here at 3-C Div 8 RTY

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información): | INMATE SIGNATURE (Firma del Preso): |
|---|---|
| Robert (nurse) | John Behof |

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW / PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| Ball | [signature] | 5 / 20 / 15 |
| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: __ / __ / __ |

2 of 4

COOK COUNTY SHERIFF'S OFFICE
(Oficina del Aguacil del Condado de Cook)
0484096

☐ GRIEVANCE ☑ NON-GRIEVANCE (REQUEST)

# INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso/Respuesta/Forma de Apelación)

CONTROL #: N/A

## INMATE INFORMATION

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| Behn | John | 2014[illegible]05179 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 190 - Medical prescription

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable): N/A

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): Cermak

DATE REFERRED: 5/20/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: According to Cermak patient is receiving pain medication as prescribed

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT.: | DATE: |
|---|---|---|---|
| [illegible] NS II | [illegible] NS II | PCS | 5/22/15 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: ____________
☐ NON-GREIVANCE SUBJECT CODE: ____________

INMATE SIGNATURE (Firma del Preso): X John Behn

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): X 6/2/15

## INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* *Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del detenido:) ____/____/____

INMATE'S BASIS FOR AN APPEAL: (Base del detenido para una apelación:)

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? (¿Apelación del detenido aceptada por el administrador o/su designado(a)?) Yes (Sí) ☐ No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decision o recomendación por parte del administrador o/su designado(a):)

| ADMINISTRATOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a):): | DATE (Fecha): |
|---|---|---|
| | | / / |

INMATE SIGNATURE (Firma del Preso):

DATE INMATE RECEIVED APPEAL RESPONSE (Fecha en que el preso recibio respuesta a su apelación): ____/____/____

3 of 4




**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

| GRIEVANCE FORM PROCESSED AS: | REFERRED TO: |
|---|---|
| ☐ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☐ GRIEVANCE | ☐ SUPERINTENDENT: |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: |
| *Program Services Supervisor Approving Non-Grievance (Request) Signature* | |

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| Behof | John | 20140705179 |
| **DIVISION (División):** | **LIVING UNIT (Unidad):** | **DATE (Fecha):** |
| 8-R.T.U | 3-C | 6/2/15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

** Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
** Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.*
** Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)*

On May 19, 2015, Robert Ogbuli (nurse), refused me my pain meds. The person who responded to the prior grievance said that Robert gave them to me @ the prescribed time, and that's not true. It is impossible, he did not give them to me @ all. He specifically said it wasn't time and he never came or called me back to give them. When he denied me, it was already 12 hrs. & 36 min's. PAST DUE. I'm scheduled every 8 hrs to get them, NOT 12:36 PAST DUE. You can check the computer log and cameras if you like - for verification please. Thank you

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando)*:
I would like a copy of the times from the computer that I supposedly have taken my pain meds, please. Thank you. John

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información)*: | INMATE SIGNATURE *(Firma del Preso)*: John Behof |
|---|---|

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW / PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| Ball | | 6/3/15 |
| **SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | / / |

2nd Submission 3 of 4

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2015·0058

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Behof | John | 2014·0705179 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE

(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: ~~226 Misc (non-physical) by CHS staff~~ ~~190~~ Medical Prescription

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): Cermak

DATE REFERRED: 01 / 06 / 15

RESPONSE BY PERSONNEL HANDLING REFERRAL: According to our records, you did receive your pain medication + others and a pain assessment was completed. No active order for wound care on our file.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| [illegible] | [illegible] | | 5 / 4 / 15 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: ______ ☐ NON-GRIEVANCE SUBJECT CODE: ______ | X — John Behof / John Behof | 5 / 12 / 15 |

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

*** To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

** Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido)*: ____ / ____ / ____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Sí)* ☐ No ☐
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*:

15 MAY -9 AM 1:33

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| | | / / |

| INMATE SIGNATURE *(Firma del Preso)*: | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion)*: |
|---|---|
| | / / |

5 of 6



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

| GRIEVANCE FORM PROCESSED AS: | REFERRED TO: |
|---|---|
| ☐ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☐ GRIEVANCE | ☐ SUPERINTENDENT: |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: |
| *Program Services Supervisor Approving Non-Grievance (Request) Signature* | |

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Behof | John | 2014 0705179 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 8 - R.T.4 | 3-C | 5 / 29 / 15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

** Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
** Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.*
** Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)*

According to your response on control # 20150058 I did recive my pain meds. I ended up getting them 4 hr Late. Wich was uncalled for. They Should have given them to me when I was Scheduled for them. At the time this happend, I was on dressing changes. So If Some took me off wond cair. Then they messed up. Becouse my Back Still had Stiches in, And there was still drainage from the wound. Becouse of that, I had to go Back to Stragers Hospital. Wich they ended up keeping me for a month, Un till it was completly heald, Becouse I was not getting properly caired for in cermack or R.T.U.

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando)*:
I would like the nurse's name that denide me my meds when they were due, I would also like the doctor's name that took me off wound cair with out seeing me. Also a copy of the times you gave me my pain meds. As well as the times you changed my dressings on my Back.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información)*: | INMATE SIGNATURE *(Firma del Preso)*: |
|---|---|
| | John Behof |

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW / PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| Ball | C | 6 / 2 / 15 |
| **SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | / / |

4044
0484496

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: N/A

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| Behr | John | 2014 0705179 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE

(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
190- Medical prescription

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):
NON Grievable ~~you~~ on 5/12/15 you Signed for a Response to Control # 2015 0058. The ~~Appeal~~ Time to Appeal Expired on 5/24/15 Will b processed as a Request.

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): Cermak

DATE REFERRED: 6/2/15

RESPONSE BY PERSONNEL HANDLING REFERRAL:
I can not tell from the date of grievance what patient is [illegible]. [illegible] 4-1-15. What date? Was [illegible] Cermak [illegible] PTU - [illegible]

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | 6/4/[illegible] |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | | ___/___/___ |

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box)*:
☐ GRIEVANCE SUBJECT CODE: ________
☐ NON-GREIVANCE SUBJECT CODE: ________

INMATE SIGNATURE *(Firma del Preso)*: John Behr

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 6/9/15

## INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* *Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* ___/___/___

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? *(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)* Yes *(Si)* ☐ No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)*: | DATE *(Fecha)*: |
|---|---|---|
| | | ___/___/___ |

INMATE SIGNATURE *(Firma del Preso)*:

DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibio respuesta a su apelación)*: ___/___/___

# Orders

Patient : BEHOF, JOHN G
Address : 200 SO.SACREMENTO, 1738 S RIDGELAND APT
CHICAGO, IL 60649
Phone : (312) 804-9726

Med Rec # : 00484096z
DOB : 07/04/79
Sex : Male
Physician :

## All Orders (All Statuses)

**Condition**

**Medical Classification (CCDOC Medical Classification)**
M4 - Infirmary Medical, 08/28/14 17:29:00

**Alert CCDOC**
07/05/14 8:00:00, Lower Bunk, Routine, 26, WEEK, 01/03/15 20:02:00

**Nursing Orders**

**Transfer to (CHS)**
08/28/14 17:30:00, Medical Infirmary, 3 North, Stat

**Heplock**
08/28/14 17:29:00, Stat, Stop Date/Time: 08/28/14 17:29:00

**Medications**

**clindamycin (clindamycin inj BAG)**
600 MG, 50 ML, Inj, IVPB, Q 8 Hr, Routine, 08/28/14 21:00:00, 3 DAYS, 08/31/14 20:59:00, 100 mL/hr, 0.5 HR

**ibuprofen (ibuprofen 600 mg Tab UD)**
600 MG, 1 TAB, Tab, PO, Q 8 Hr, PRN, For Pain, Routine, 07/31/14 10:20:00, 09/25/14 10:19:00

**naproxen (naproxen 500 mg Tab (KOP))**
500 MG, 1 TAB, Tab, PO, Q 12 hr kop, Routine, 07/05/14 21:00:00, 12 WEEK, 09/27/14 20:59:00

**diphenhydrAMINE (diphenhydrAMINE 25 mg Cap UD)**
25 MG, 1 CAP, Cap, PO, Daily, Routine, 08/30/14 9:00:00, 3 DAYS, 09/02/14 8:59:00

**doxycycline (doxycycline 100 mg Cap (KOP))**
100 MG, 1 CAP, Cap, PO, BID kop, Routine, 07/31/14 10:21:00, 7 DAYS, 08/07/14 10:20:00

**vancomycin**
1,000 MG, Inj, IVPB, Q 12 Hr, Routine, 08/28/14 21:00:00, 3 DAYS, 08/31/14 20:59:00

**sulfamethoxazole-trimethoprim (sulfamethoxazole-trimethoprim 800 mg-160 mg DS tablet) (sulfamethox-trim 800/160 mg Tab UD)**
1 TAB, Tab, PO, Q 12 Hr, Routine, 08/29/14 21:00:00, 7 DAYS, 09/05/14 20:59:00

**bacitracin topical (bacitracin Oint 1gm/PKT)**
1 APP, Oint, Topical, TID kop, Application Site: Other - See Instructions to Nursing, Instruction to Nursing: R shoulder, 07/06/14 9:00:00, 5 DAYS, 07/11/14 8:59:00

**Radiology**

**CT Chest w/ + w/o IV Contrast**
Stat, 07/30/12 13:00:00, Chest Pain, Future Order, Ambulatory

**Chest Screening**
Routine, 07/05/14 10:16:19, Ambulatory, Schedule Indicator

**Consults/Referrals**

**Follow Up to Primary Care**
Routine, 09/09/14 8:00:00

**Referral to Health Service**
Routine, 08/24/14 10:30:00, HSR Follow Up

**Referral to Infectious Disease**
Routine, 08/01/14 0:00:00, Infection, MRSA

**Follow Up to Primary Care**
Routine, 07/31/14 8:00:00

**Referral to Intake Medical Assessment**
Routine, 07/05/14 19:53:13, Intake Follow Up

**.itial Intake Screening**

(continued...)

# Orders

Patient : BEHOF, JOHN G
Address : 200 SO.SACREMENTO, 1738 S RIDGELAND APT
CHICAGO, IL 60649
Phone : (312) 804-9726

Med Rec # : 00484096z
DOB : 07/04/79
Sex : Male
Physician :

## All Orders (All Statuses) continued...

**Procedures**

**Misc Procedure (Neuro)**

SIERENS MD, DIANE, JOURABCHI MD, ALI, Choice, Primary Procedure, Posterior Thoracic Washout, 127, 15, 15

(end of report)

# Orders

Patient : BEHOF, JOHN G
Address : 200 SO.SACREMENTO, 1738 S RIDGELAND APT
CHICAGO, IL 60649
Phone : (312) 804-9726

Med Rec # : 00484096z
DOB : 07/04/79
Sex : Male
Physician :

## All Active Orders

**113CH; 312; 1 Fin#:20140705179 Admit: 7/5/2014 00:00:00 CDT (Condition)**

**Alert CCDOC**

10/03/14 8:00:00, Lower Bunk, Routine, 26, WEEK, 04/06/15 10:53:00

**113CH; 312; 1 Fin#:20140705179 Admit: 7/5/2014 00:00:00 CDT (Medications)**

**ibuprofen (ibuprofen 600 mg Tab UD)**

600 MG, 1 TAB, Tab, PO, Q 12 hr kop, PRN, For Pain, Routine, 12/02/14 9:57:00, 12 WEEK, 02/24/15 9:56:00

**methocarbamol (methocarbamol 750 mg Tab (KOP))**

750 MG, 1 TAB, Tab, PO, Q 12 hr kop, Routine, 12/01/14 21:00:00, 12 WEEK, 02/23/15 20:59:00

**113CH; 312; 1 Fin#:20140705179 Admit: 7/5/2014 00:00:00 CDT (Consults/Referrals)**