FILED EAA
JUL 06 2015
7-6-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s) John G. Behof )
v. )
 )
 )  15c 5950
 )  Judge Virginia M. Kendall
 )  Magistrate Judge Susan E. Cox
Defendant(s) Tom Dart, Dr. Manella, )  PC2
Dr. John Doe )

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, __John Behof__, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   **(NOTE: This item must be completed.)**
   1. Will County Legal Assistance Program
   2. Center for Disability & Elder Law
   3. Flaxman & Flaxman

   but I have been unable to find an attorney because:
   Case load was either full or they are not accepting any Pro Bono cases at this time.

3. I declare that (check all that apply):
   (*Now*:)
   ☒ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   (*Earlier*:)
   ☒ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

- [x] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

- [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. [ ] I declare that my highest level of education is (check one):

    [ ] Grammar school      [x] Some high school      [ ] High school graduate

    [ ] Some college        [ ] College graduate      [ ] Post-graduate

6. [ ] I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. [ ] I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

___John Behaf___  
Movant's Signature

___P.O. Box 089002___  
Street Address

___June 21, 2015___  
Date

___Chicago, IL 60608___  
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | Case No.: |
|---|---|
| Attorney's Name: | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |
| Case Name: | Case No.: |
| Attorney's Name: | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |
| Case Name: | Case No.: |
| Attorney's Name: | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | |