## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| John Behof (#2014-0705179),<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>Tom Dart, et al.,<br>　　　　　　Defendants. | No.  15 C 5950<br><br>Judge Virginia M. Kendall |

## NOTICE OF MOTION

To:　John G. Behof
　　　#2014-0705179
　　　PO Box 089002
　　　Chicago, IL  60608

　　　PLEASE TAKE NOTICE that on August 13, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall in Courtroom 2319 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, and then and there present the **Application To Be Relieved From Order Of Assignment**, a copy of which is attached hereto and herewith served upon you.

## CERTIFICATE OF SERVICE

　　　I hereby certify that on July 23, 2015, I electronically filed the foregoing with the Clerk of Court for the United States District Court of the Northern District of Illinois by using the CM/ECF system.  I further certify that I served this Notice, along with the application, by placing copies of the same into an envelope with sufficient postage affixed and directed to the person named above at the address indicated, and depositing that envelope in a United States mailbox in Chicago, Illinois, on July 23, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ John K. Kennedy
　　　　　　　　　　　　　　　　　　　　　　　　　John K. Kennedy, Attorney