## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

John G Behof

                      Plaintiff,

v.                                          Case No.: 1:15–cv–05950
                                                  Honorable Virginia M. Kendall

Tom Dart, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 24, 2015:

      MINUTE entry before the Honorable Virginia M. Kendall:Motion to withdraw as attorney [6] is granted. John K. Kennedy is given leave to withdraw his appearance. The Court will recruit new counsel. Motion hearing set for 8/13/2015 on this motion is hereby stricken. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.